UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| J&J SPORTS PRODUCTIONS, INC., | NO: CV-10-141-RMP |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| C.J. NELSON ENTERPRISES, INC., d/b/a GRUMPY'S, and CARL NELSON, | |
| Defendant. | |

BEFORE the Court is the parties Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 11). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Dismissal with Prejudice (**Ct. Rec. 1**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 3rd day of January, 2011.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2